**Electronically Filed**
**Supreme Court**
**SCWC-24-0000538**
**24-NOV-2025**
**09:29 AM**
**Dkt. 8 ODAC**

SCWC-24-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JACOBE AKIU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000538; CASE NO. 1CPC-22-0001265)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cahill, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Jacobe Akiu's application

for writ of certiorari filed on October 14, 2025, is rejected.

DATED:  Honolulu, Hawai'i, November 24, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Peter T. Cahill

